FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY - 2 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> VAUGHN MAURICE WOODEN, <br><br> Defendant. | Case No. SACR 10-00035DOC <br><br> ORDER OF DETENTION <br><br> [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. §3143(a)] |

The defendant having been arrested in this judicial district pursuant to a warrant issued by the Honorable David O. Carter, United States District Judge, for an alleged violation of the terms and conditions of the defendant's supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), The Court finds that:

A. (X) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the defendant's lack of bail resources, lack of a stable residence, use of 25 aliases and/or name variations, use of multiple birthdates, and the nature of the charged offenses, all of which indicate the defendant is unlikely to comply with conditions of release; and

///

///

B.   (X)   The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the nature of the charged offense and defendant's criminal history.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: May 2, 2014

　　　　　　　　　　　　　　　　　　/s/   Arthur Nakazato
　　　　　　　　　　　　　　　　　　ARTHUR NAKAZATO
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE